1  **PAYTON EMPLOYMENT LAW, P.C.**
   CHANTAL MCCOY PAYTON, ESQ. (SBN: 293215)
2  BROOKE WILKINSON WALDROP, ESQ. (SBN: 314486)
   3807 W. Sierra Highway, Suite 206
3  Acton, California 93510
   Telephone: (661) 434-1144
4  Facsimile: (661) 434-1144
   CPayton@PaytonEmploymentLaw.com
5  BWaldrop@PaytonEmploymentLaw.com

6  Attorneys for Plaintiff KENRICK MURRELL

7  **MUSICK, PEELER & GARRETT LLP**
   Robert G. Warshaw, State Bar No. 140184
8  r.warshaw@musickpeeler.com
   Barbora Pulmanova, State Bar No. 234028
9  b.pulmanova@musickpeeler.com
   624 South Grand Avenue, Suite 2000
10 Los Angeles, California 90017-3383
   Telephone: (213) 629-7600
11 Fax: (213) 624-1376

12 Counsel for Defendant EG MEDIA INVESTMENTS LLC

J S - 6

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENRICK MURRELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EG MEDIA INVESTMENTS LLC, a Texas limited liability company; DOES 1-10, business entities, forms unknown; DOES 11-20, individuals; and DOES 21-30, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05604 FMO (RAO)<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: August 9, 2022<br>Judge: Fernando M. Olguin<br>Trial: January 2, 2024 |

**ORDER**

The Court having reviewed the Parties' Joint Stipulation of Dismissal with Prejudice and finding that **GOOD CAUSE** has been shown, hereby **ORDERS** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kenrick Murrell's claims against Defendant EG Media Investments LLC are dismissed with prejudice in the entirety.

**IT IS SO ORDERED.**

DATED: May 18, 2023

By: _____/s/_____
Hon. Fernando M. Olguin
United States District Judge